IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK DUNN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv341-MHT |
| | ) | (WO) |
| **JUNIOR FOOD STORES OF WEST FLORIDA, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Upon consideration of plaintiff's motion to dismiss (doc. no. 19), which defendant has verbally confirmed that it does not oppose, it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of January, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**